UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. FRANCIS,<br><br>  Plaintiff,<br>vs.<br><br>MGM GRAND HOTEL, LLC, a Nevada corporation and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. CV04-1471 R (SHx)<br><br>**ORDER TRANSFERRING VENUE** |

This matter having come before the Court upon *Defendant's Motion to Dismiss/Alternative Motion to Transfer Venue* and the *Plaintiff's Motion to Remand and for Attorneys' Fees and Costs*, Defendant MGM Grand having appeared through its counsel of record, Marty Kravitz of the law firm Kravitz Schnitzer & Sloane, Chtd. and Nancy Lucas of the law firm Haight Brown & Bonesteel; the Plaintiff Joseph Francis appearing through his counsel of record, Glenn Litwak of the law firm of Litwak & Havkin, and the Court having reviewed all of the pleadings and papers on file herein and having considered the respective oral arguments of counsel, the Court renders the following ruling:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the *Plaintiff's Motion to Remand and for Attorneys' Fees and Costs* is denied; and

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
2 *Defendant's Motion to Dismiss* based upon lack of personal jurisdiction is denied;
3 and
4     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
5 *Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404* is granted; and
6     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this case
7 shall be transferred to the United States District Court for the District of Nevada
8 (Southern) effective immediately upon entry of this Order.
9     IT IS SO ORDERED.

12 Dated: May 5, 2004

Hon. Manuel L. Real
Judge, United States District Court

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA         )
                            ) ss.:
COUNTY OF LOS ANGELES       )

*JOSEPH R. FRANCIS vs. MGM GRAND HOTEL*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On May 4, 2004, I served on interested parties in said action the within:

ORDER TRANSFERRING VENUE

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Glenn T. Litwak, Esq.                    310.843.0540  F: 310.553.3814
Anahita Sedaghatfar, Esq.
Litwak & Havkin
315 S. Beverly Drive, Suite 200
Beverly Hills, CA 90212

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on May 4, 2004, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Sean P. Swayze
(Type or print name)                         (Signature)